UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL 35; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, LOCAL 391; RALPH HARRIMAN, individually; JOSEPH ITRI, individually; CHARLES FOGELL, individually; and UNIDENTIFIED JOHN and JANE DOES.<br><br>Defendants. | Civil Action No. 07-10772 |

**PLAINTIFF'S RENEWED MOTION FOR INJUNCTIVE RELIEF**

Pursuant to the Court's April 26, 2007 Memorandum and Order, Plaintiff Clear Channel now renews its request for injunctive relief against defendants' continuing unlawful conduct.

Since the Union's promise to the Court on April 24, 2007 that it would refrain from "mass picketing" and criminal behavior, upon which the Court relied in denying Clear Channel's request for injunctive relief, incidents of criminal behavior and mass picketing have not decreased -- they have _increased_. Within 24 hours of the Union's solemn commitment, a striking Union member followed one of Clear Channel's independent contractors from the picket line to a nearby gas station and punched him in the face. Within 48 hours of the solemn commitment and court order, the Company discovered three billboards vandalized by paint balls. Thereafter the strikers' unlawful activity has escalated to throwing rocks and eggs at Clear Channel employees engaged in work at dangerous heights, endangerment with vehicles on Interstate highways, trespassing, and damage to Company property. Meanwhile, despite its pledge to refrain from

B3351964.2

"mass picketing," the Union has continued to aggressively blockade the entrance to the Company's facility in complete disregard of police details. Because the Union has breached the promise which formed the foundation for the Court's April 26, 2007 Order, that Order should be revisited - as the Court suggests in the Order itself. Clear Channel thus seeks an expedited oral argument on the instant motion, and an expedited evidentiary hearing before the Court on its renewed motion for injunctive relief.

WHEREFORE Clear Channel respectfully asks this Court (1) to hold an immediate oral argument on the instant motion, and (2) thereafter, schedule an expedited evidentiary hearing on Clear Channel's Renewed Motion for Injunctive Relief.

Respectfully submitted,

CLEAR CHANNEL OUTDOOR, INC.

By its attorneys,

___/s/ Andrew J. Orsmond_____
James W. Bucking, BBO # 558800
Andrew J. Orsmond, BBO # 647792
Foley Hoag LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
(617) 832-1000
aorsmond@foleyhoag.com

Dated: May 10, 2007

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the above document was filed via the Court's ECF system, and will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and electronic copies will be sent via courier and electronic mail to those indicated as non-registered participants, on May 10, 2007:

                          /s/ Andrew J. Orsmond
                          Andrew J. Orsmond (BBO # 647792)
                          FOLEY HOAG LLP
                          155 Seaport Boulevard
                          Boston, MA 02110-2600
                          (617) 832-1000
                          aorsmond@foleyhoag.com

May 10, 2007

B3351964.2